# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 753 |
| | : | |
| APPOINTMENT TO THE JUVENILE | : | SUPREME COURT RULES DOCKET |
| COURT PROCEDURAL RULES | : | |
| COMMITTEE | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 11th day of December, 2017, Scott M. Hollander, Esquire, Allegheny County, is hereby appointed as a member of the Juvenile Court Procedural Rules Committee for a term of three years, commencing February 1, 2018.